# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JAIME ANTHONY MENDOZA,<br><br>　　　　　Defendant. | 2:19-cr-00262-GMN-DJA<br><br>**ORDER** |

Before the court is the Petition for Action on Conditions of Pretrial Release (ECF No. 16).

Accordingly,

IT IS HEREBY ORDERED that any opposition to the Petition for Action on Conditions of Pretrial Release (ECF No. 16) must be filed on or before November 26, 2019.

DATED this 21st day of November, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE