NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar No. 13644
SUPRIYA PRASAD
Assistant United States Attorney
District of Nevada
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
supriya.prasad@usdoj.gov
*Attorneys for the United States*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:19-cr-00262-GMN-DJA |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (Second Request) |
| JAIME MENDOZA, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Supriya Prasad, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Jaime Anthony Mendoza, that the Sentencing Hearing currently scheduled for October 14, 2020 at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than thirty (30) days.

The Stipulation is entered into for the following reasons:

1. On October 7, 2020, defense counsel filed a sentencing memorandum, which included an expert report.

2. Accordingly, the government requests additional time to prepare for sentencing, gather discovery materials relevant to the defendant's expert report, and, if necessary, acquire a rebuttal witness.

3. The defendant is not incarcerated and does not object to the continuance.

4. The parties agree to the continuance.

This is the second stipulation to continue filed herein.

DATED this 8th day of October 2020.

| | |
|---|---|
| NICHOLAS A. TRUTANICH<br>United States Attorney | RENE L. VALLADARES<br>Federal Public Defender |
| By /s/ *Supriya Prasad*<br>SUPRIYA PRASAD<br>Assistant United States Attorney | By /s/ *Nisha Brooks-Whittington*<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAIME MENDOZA,<br><br>Defendant. | 2:19-cr-00262-GMN-DJA<br><br>**ORDER** |

IT IS ORDERED that the sentencing hearing currently scheduled for October 14, 2020 at 10:00 a.m. be vacated and continued to Wednesday, November 18, 2020, at the hour of 11:00 a.m. in Courtroom 7D before Judge Gloria M. Navarro.

Dated this ___13___ day of October 2020.

_____
UNITED STATES DISTRICT JUDGE