NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar No. 13644
SUPRIYA PRASAD
Assistant United States Attorney
District of Nevada
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
supriya.prasad@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAIME MENDOZA,<br><br>Defendant. | 2:19-cr-00262-GMN-DJA<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Third Request) |

    IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Supriya Prasad, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Jaime Anthony Mendoza, that the Sentencing Hearing currently scheduled for November 18, 2020 at 11:00 a.m., be vacated and continued to a date and time convenient to the Court, but no less than 45 days.

The Stipulation is entered into for the following reasons:

1. On October 7, 2020, defense counsel filed a sentencing memorandum, which included an expert report.

2. Previously, the government requested additional time to prepare for sentencing, gather discovery materials relevant to the defendant's expert report, and, if necessary, acquire a rebuttal witness.

3. After requesting the materials from counsel, the government filed a motion to compel production of expert discovery on October 23, 2020. That motion is still pending.

4. The defendant is not incarcerated and does not object to the continuance.

5. The parties agree to the continuance.

This is the third stipulation to continue filed herein.

DATED this 10th day of November 2020.

| | |
|---|---|
| NICHOLAS A. TRUTANICH<br>United States Attorney | RENE L. VALLADARES<br>Federal Public Defender |
| By /s/ *Supriya Prasad*<br>SUPRIYA PRASAD<br>Assistant United States Attorney | By /s/ *Nisha Brooks-Whittington*<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAIME MENDOZA,<br><br>Defendant. | 2:19-cr-00262-GMN-DJA<br><br>**ORDER** |

IT IS ORDERED that the sentencing hearing currently scheduled for November 18, 2020 at 11:00 a.m. be vacated and continued to Wednesday, January 6, 2021, at the hour of 1:00 p.m. in Courtroom 7D before Judge Gloria M. Navarro.

Dated this ___10___ day of November 2020.

_____
UNITED STATES DISTRICT JUDGE

3