RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org

Attorney for Jaime Anthony Mendoza

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JAIME ANTHONY MENDOZA,<br><br>    Defendant. | Case No. 2:19-cr-00262-GMN-DJA<br><br>**STIPULATION TO CONTINUE<br>SENTENCING HEARING**<br>(Fourth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Supriya Prasad, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Jaime Anthony Mendoza, that the Sentencing Hearing currently scheduled on January 6, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

This Stipulation is entered into for the following reasons:

1.    The government filed a 26-page response to Mr. Mendoza's sentencing memorandum on Thursday, December 30, 2020. In the response, the government highlights, in part, information that was not previously disclosed to defense counsel. The day of the government's filing (i.e. December 30, 2020) as well as the day after the filing (i.e. January 1,

2020), the Court as well as the Federal Public Defender's Office were closed for the holiday. As a result of the closure on Thursday and Friday and the new information presented in the response, defense counsel needs additional time to review the government's response in order to be prepared for the sentencing hearing.

2.     The defendant is not in custody and agrees with the need for the continuance.

3.     The parties agree to the continuance.

This is the fourth request for a continuance of the sentencing hearing.

DATED this 4th day of January, 2021.

RENE L. VALLADARES
Federal Public Defender

NICHOLAS A. TRUTANICH
United States Attorney

By */s/ Nisha Brooks-Whittington*
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender

By */s/ Supriya Prasad*
SUPRIYA PRASAD
Assistant United States Attorney

1

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

3

4

5

6

7

8

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00262-GMN-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| JAIME ANTHONY MENDOZA, | |
| Defendant. | |

9

10      IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for

11 Wednesday, January 6, 2021 at 1:00 p.m., be vacated and continued to Wednesday, January

12 20, 2021, at the hour of 1:00 p.m. in Courtroom 7D before Judge Gloria M. Navarro.

13      DATED this  4   day of January, 2021.

14

15      _____

16      UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

3