RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington @fd.org

Attorney for Jaime Anthony Mendoza

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>JAIME ANTHONY MENDOZA,<br><br>            Defendant. | Case No. 2:19-cr-00262-GMN-DJA<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Fifth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Supriya Prasad, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Jaime Anthony Mendoza, that the Sentencing Hearing currently scheduled on January 20, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

This Stipulation is entered into for the following reasons:

1. There are planned protests scheduled to take place on January 20, 2021, the same day this case is scheduled for an in-person sentencing hearing. To avoid any disruption and to maintain everyone's safety, the parties seek a continuance. Furthermore, defense counsel needs additional time to prepare for the sentencing hearing.

2. The defendant is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the fifth request for a continuance of the sentencing hearing.

DATED this 13th day of January, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By /s/ Nisha Brooks-Whittington<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender | By /s/ Supriya Prasad<br>SUPRIYA PRASAD<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAIME ANTHONY MENDOZA,<br><br>　　　　　Defendant. | Case No. 2:19-cr-00262-GMN-DJA<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Wednesday, January 20, 2021 at 1:00 p.m., be vacated and continued to Wednesday, February 3, 2021, at the hour of 2:00 p.m. in Courtroom 7D before Judge Gloria M. Navarro.

　　DATED this  14  day of January, 2021.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE